**Petitions for Writ of Mandamus Dismissed and Memorandum Majority and Dissenting Opinions filed January 10, 2023.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-22-00870-CR**
**NO. 14-22-00871-CR**

---

**IN RE ADRIAN D. CURRY, Relator**

---

**ORIGINAL PROCEEDINGS**
**WRITS OF MANDAMUS**
**208th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1779895 & 179896**

---

## MEMORANDUM DISSENTING OPINION

As this court does in criminal appeals, I would give relator notice of the court's intent to involuntarily dismiss these petitions for want of jurisdiction and allow relator an opportunity to respond.

Seeing no substantive difference in providing due process and due course of law in appeals and providing those constitutional rights in original proceedings, I

respectfully dissent to the court's failure to give notice and an opportunity to respond.



/s/     Charles A. Spain
        Justice

Panel consists of Justices Zimmerer, Spain, and Hassan (Spain, J., dissenting).
Do Not Publish — TEX. R. APP. P. 47.2(b).